Jason Wayne Wrightberry _(Full Name)_

Space 171 3524 _(Address Line 1)_

East Avenue J _(Address Line 2)_

Palmdale CA 93550 _(Phone Number)_

Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Jason Wayne Wrightberry

Plaintiff,

vs.

Los Angeles Sheriffs.

Defendant(s).

Case No.: **CV 16-06922-GW(KK)**
_(To be supplied by the Clerk)_

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☑ Yes  ☐ No

_(All paragraphs and pages must be numbered.)_

### I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

DISMISS.

2. Venue is proper pursuant to 28 U.S.C. § 1391 because I LIVE I LIVE IN Los Angeles.

Pro Se Clinic Form

_Page Number_

1

## III. PARTIES

3.      Plaintiff _Jason Wayne Nazzareu_ resides at:
(your full name)

_3524 East Avenue R Space 171_

_Palmdale CA 93535_.
(your address)

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4.      Defendant _Los Angeles Sheriffs_ works at
(full name of Defendant)

_Sheriffs Department_.
(Defendant's place of work)

Defendant's title or position is _officer — chaptison_.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _They_

_werent._

5.      Defendant _____ works at
(full name of Defendant)

_____.
(Defendant's place of work)

Defendant's title or position is _____.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because: _____

_____

_____

Pro Se Clinic Form

*Page Number*

____.   Defendant _____ works at
*Insert ¶ #*                        *(full name of Defendant)*

_____.
                        *(Defendant's place of work)*

Defendant's title or position is _____.
                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

____.   Defendant _____ works at
*Insert ¶ #*                        *(full name of Defendant)*

_____.
                        *(Defendant's place of work)*

Defendant's title or position is _____.
                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

3

_____
*Page Number*

Pro Se Clinic Form

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. THE I.R.S AND THE TEACHER/ENCRUMPA WENT TO CONGRESS AND ASKED THAT THEY BE ALLOWED TO IMPLIMENT A PROCESS AND THEY WHERE APPROVED. THEN THERE WHERE A LOT OF SCHOOL SHOOTINGS WHERE CHILDREN

WHERE KILLED AND THEN OFFICE SHOOTING AND THEN SHEARIFFS SHOOTING AND PLOTING TO SHOOT CHILDREN.

2. THE CITYS WENT TO THE U.S. COURTS AND TOLD THE U.S. COURTS THAT THEY WITNESSED SHEARIFFS PLOT TO KILL CHILDREN.

Pro Se Clinic Form

Page Number

3. THEN THE U.S. COURT HEAI A OPEN COURT HEARING TELLING ALL U.S. JUDGES AND THE COUNTRY THAT IF SOMEONE COMES FORWARD WITH ANY INFORMATION ABOUT THE SCHOOL SHOOTINGS IN THE SITE OR THE SHOOTING CHILDREN THAT THEY HAVE TO HAVE A CIVIL TORT. THEY WENT ON TO TELL AND PRODUCE A DOCUMENT(S) TELLING ALL THE U.S. JUDGES THAT THEY WILL RECIVE THE DEATH PENALTY FOR DENIEING ANY SUIT ABOUT SUCH ACTIONS.

Insert ¶ #

Pro Se Clinic Form

## V. CLAIMS

### Claim #1

1. Plaintiff realleges and incorporates by reference all of the paragraphs above.

2. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: Infant Leide

3. The above civil right was violated by the following Defendants: Infanticide, Life

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

4. THE Los Angeles Sherriffs Shoot Children and Aided the shooting of Children in Schools.

___. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: I am the Owner of suit. and I am the child that got abused that the companions came forw. 6 and they that me many times Physerly Beat me and there is medical Reports

Pro Se Clinic Form                    *Page Number*

## Claim #(___)
(*insert Claim#*)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

2. ALSO THE I.R.S. AND
*Insert ¶ #*
THE FINCHUAL ENCRUMBER
AND THE SPEAKER, OF CONGRESS
HAS DESTREN OF PROCESS
FOR ME TO ACT TO COUNT
IN MIATCH WATE THERE IS

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*
BANKING PRICES OF A CALL
FOR HELP WITH A SCCAMY
OF CHECLS. AND THEY HAVE
WENT TO COUNT AND SAID SUCH.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*
FROM THE PROCESS

___.
*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

7

Pro Se Clinic Form                    *Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. TO HAVE CIVIl TRIAl

*Insert ¶ #*

2. TC CAll All WITNES.

*Insert ¶ #*

3. TC PROCES AND find All PloICE REPONTS AND SuPPOnTINg DOCUMENTS. DATES from 1989 - 2016

*Insert ¶ #*

*Insert ¶ #*

Dated: DRESS

*Sign:* DRESS

*Print Name:* DRESS

8

Pro Se Clinic Form                    *Page Number*

# DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _DILEES_____

Sign: _DILEES_____

Print Name: _DINESS_____

_0|_

_Page Number_

Pro Se Clinic Form

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Jason Wayne Nadelick

*Plaintiff(s)*

v.

Civil Action No.

Los Angeles Sheriffs

*Defendant(s)*

CV16 - 06922 - GW(KK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Los Angeles Sheriff.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason Wayne Nadelick Space 171 3524 East Avenue R Palmdale CA 93550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* U . S . MAIL

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Drees

Drees
*Server's signature*

Drees
*Printed name and title*

Drees
*Server's address*

Additional information regarding attempted service, etc: